**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER ON MOTION FOR RECONSIDERATION EN BANC**

Appellate case name:     Jong W. Kim and Susan Kim  v.  Jin Ahn

Appellate case number:   01-11-00231-CV

Trial court case number:  0636177

Trial court:             80th District Court of Harris County

Date motion filed:       March 12, 2013

Party filing motion:     Jin Ahn

It is ordered that the motion for rehearing by en banc reconsideration is **DISMISSED FOR WANT OF JURISDICTION.**

Judge's signature: /s/ Rebeca Huddle
                   ☐ Acting Individually ☒ Acting for the Court

En banc court consists of: Chief Justice Radack, and justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle

Date: April 2, 2013